# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ALBERTO PEREZ, | 1:10-cv-01434-DLB (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO PROVIDE FURTHER BRIEFING |
| v. | |
| TERRY GONZALES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

On December 15, 2010, Respondent filed an answer to the petition. Respondent argues that Petitioner failed to properly exhaust the claims, leading to procedural default. In the supplemental answer, Respondent points to the letter written to Petitioner by Robert R. Toy, a Deputy Clerk of the California Supreme Court, which states:

> Your letter received May 5, 2010 in the above-entitled matter cannot be considered by this court due to lack of jurisdiction.
>
> Our records indicate the Court of Appeal filed its decision on January 14, 2010. The last day we could have entertained any pleading was March 15, 2010. (Cal. Rules of Court, rule 8.264.)

(Court Doc. 19, at p. 12.)

///

1

The Court directs Respondent to submit briefing within thirty (30) days addressing whether the letter by the Deputy Clerk constitutes a ruling order by the California Supreme Court which supports Respondent's claim the petition is procedurally barred.

IT IS SO ORDERED.

Dated:  **January 27, 2011**                             **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE